**No. 10-10371. Gene Burks, Petitioner v. Robert Masters, et al.**

565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5250.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10374. Gerald Bush, Petitioner v. Philadelphia Police Department, et al.**

565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5462,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10379. Dennys Rivera, Petitioner v. Illinois.**

565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5404.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1191, 376 Ill. Dec. 788, 1 N.E.3d 121.

**No. 10-10380. Brennan J. Rouse, Petitioner v. LaDonna H. Thompson, Commissioner, Kentucky Department of Corrections.**

565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5686.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10382. Victor Rodriguez Renegifo, Jhon Jario Valencia Saac, Carlos Andres Mina Meneses, and Miguel Otero Estupinan, Petitioners v. United States.**

565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5663.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 632 F.3d 1203.

**No. 10-10387. Jesse Lee Bell, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5308.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10392. Jennifer Lynn Krieger, Petitioner v. United States.**

565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5695.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 628 F.3d 857.

**No. 10-10394. Damon A. Williams, Petitioner v. California.**

565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5807.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.